FILED: January 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-6146
(1:11-cr-00371-ELH-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DANIEL REDD

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:11-cr-00371-ELH-1 |
| Date notice of appeal filed in originating court: | 08/27/2018 |
| Appellant(s) | Daniel Redd |
| Appellate Case Number | 19-6146 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |